UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

PRESIDENT DONALD J. TRUMP,

    Plaintiff,

v.

MICHAEL D. COHEN,

    Defendant.

Case No.: 23-cv-21377-DPG

## NOTICE OF FILING

Plaintiff, Donald J. Trump, by and through undersigned counsel, hereby files the Return of Service on Defendant Michael D. Cohen, reflecting a service date of April 17, 2023.

Dated:  April 19, 2023

Respectfully submitted,

**BRITO, PLLC**
*Counsel for Plaintiff*
2121 Ponce de Leon Boulevard
Suite 650
Coral Gables, FL 33134
Office:  305-614-4071
Fax:  305-440-4385

By: /s/ *Alejandro Brito*
    **ALEJANDRO BRITO**
    Florida Bar No. 098442
    Primary: abrito@britopllc.com
    Secondary: apiriou@britopllc.com