AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-21377-DPG

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any) MICHAEL D COHEN was received by me on (date) Apr 14, 2023, 1:33 pm.

[X] I personally served the summons on the individual at (place) 502 Park Ave Apt 10A, New York, NY 10022 on (date) Mon, Apr 17 2023 ; or

[ ] I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

[ ] I served the summons on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____ on (date) _____ ; or

[ ] I returned the summons unexecuted because: _____ ; or

[ ] Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: APRIL 19, 2023

_____
Server's signature

Michael Marra, Process Server
_____
Printed name and title

6018 N Keystone Ave, Indianapolis, IN 46220
_____
Server's address

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 17, 2023, 3:00 pm EDT at 502 Park Ave Apt 10A, New York, NY 10022 received by MICHAEL D COHEN. Age: 60; Ethnicity: Caucasian; Gender: Male; Weight: 150; Height: 5'8"; Hair: Gray;