UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cv-21377-DPG

PRESIDENT DONALD J. TRUMP,

   Plaintiff,

vs.

MICHAEL D. COHEN

   Defendant.

_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that attorney Benjamin H. Brodsky with the law firm of Brodsky Fotiu-Wojtowicz, PLLC hereby enters his appearance as counsel for Defendant Michael D. Cohen in the above-styled case. All parties shall take note that copies of future pleadings should be addressed to Mr. Brodsky.

Respectfully submitted,

By: */s/ Benjamin Brodsky*
Benjamin H. Brodsky
Florida Bar No. 73748
BRODSKY FOTIU-WOJTOWICZ, PLLC
*Counsel for Defendant*
200 SE 1st Street, Suite 400
Miami, Florida 33131
Tel: 305-503-5054
Fax: 786-749-7644
bbrodsky@bfwlegal.com
docketing@bfwlegal.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on April 24, 2023, on all counsel or parties of record.

By: /s/ *Benjamin Brodsky*
Benjamin Brodsky, Esq.