UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cv-21377-DPG

PRESIDENT DONALD J. TRUMP,

  Plaintiff,

vs.

MICHAEL D. COHEN

  Defendant.

_____/

**CERTIFICATE OF E. DANYA PERRY**

    I, E. Danya Perry, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certify that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the bar for the State of New York, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Third Circuit, and the Supreme Court of the United States; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

    Dated: April 24, 2023

*/s/ E. Danya Perry*
E. DANYA PERRY