UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.  23-cv-21377-DPG

DONALD J. TRUMP,

   Plaintiff,

vs.

MICHAEL D. COHEN

   Defendant.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that attorney Max A. Eichenblatt with the law firm of Brodsky Fotiu-Wojtowicz, PLLC hereby enters his appearance as counsel for Defendant Michael D. Cohen in the above-styled case.  All parties shall take note that copies of future pleadings should be addressed to Mr. Eichenblatt.

Respectfully submitted,

By: */s/ Max Eichenblatt*
Benjamin H. Brodsky, Esq.
Florida Bar No. 73748
Max A. Eichenblatt, Esq.
Florida Bar No. 1025141
BRODSKY FOTIU-WOJTOWICZ, PLLC
*Counsel for Defendant*
200 SE 1st Street, Suite 400
Miami, Florida 33131
Tel: 305-503-5054
Fax: 786-749-7644
bbrodsky@bfwlegal.com
max@bfwlegal.com
docketing@bfwlegal.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on May 9, 2023, on all counsel or parties of record.

By: /s/ *Max Eichenblatt*
Max Eichenblatt, Esq.
