UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-cv-21377-GAYLES

**DONALD J. TRUMP**,

    Plaintiff,

v.

**MICHAEL D. COHEN**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** comes before the Court upon non-party David Andrew Christenson's Motion to Intervene ("Motion") [ECF No. 14]. Spanning fourteen (14) pages, the Motion represents that Mr. Christenson seeks to intervene "on behalf of [his] fellow Americans and Mankind." *Id.* at 1. At the outset, the Motion fails to comply with the Southern District of Florida Local Rules ("Local Rules") because it did not certify that Mr. Christenson attempted to "confer (orally or in writing), or make reasonable effort to confer (orally or in writing), with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve by agreement the issues to be raised in the motion." S.D. Fla. L.R. 7.1(a)(3). Therefore, the Motion shall be denied.

Additionally, Mr. Christenson "has not shown that he has any basis, under the Federal Rules of Civil Procedure, to intervene as of right or otherwise." *Bragg v. Jordan*, No. 1:23-CV-3032 [ECF No. 36] (S.D.N.Y. Apr. 19, 2023). Federal Rule of Civil Procedure 24(a)(2) requires a third party moving for intervention as of right to show that: "(1) his application to intervene is timely; (2) he has an interest relating to the property or transaction which is the subject of the

action; (3) he is so situated that disposition of the action, as a practical matter, may impede or impair his ability to protect that interest; and (4) his interest is represented inadequately by the existing parties to the suit." *Huff v. Comm'r of Internal Revenue Serv.*, 743 F.3d 790, 795 (11th Cir. 2014) (internal citation omitted). Other than the timeliness of his motion, Mr. Christenson has not met these requirements.

Accordingly, it is **ORDERED AND ADJUDGED** that non-party David Andrew Christenson's Motion to Intervene, [ECF No. 14], is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 15th day of March, 2023.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc:   All Counsel of Record

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Florida 32550