UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL D. COHEN,<br><br>    Defendant. | Case No.: 23-cv-21377-DPG |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED
MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO
DEFENDANT'S MOTION TO DISMISS COMPLAINT**

This cause, having come before this Court upon Plaintiff Donald J. Trump ("Plaintiff") Motion for Enlargement of Time to Respond to Defendant Michael D. Cohen's Motion to Dismiss ("Motion to Dismiss") [DE 11] and the Court having reviewed the file and the pleadings, and being fully advised in the premises, it is hereby ORDERED AND ADJUDGED that:

1. The Motion is hereby GRANTED.

2. Plaintiff shall have up to and including June 5, 2023 to respond to Defendant Michael D. Cohen's Motion to Dismiss and Incorporated Memorandum of Law.

DONE AND ORDERED in Chambers in Miami, Florida, this ____ day of May, 2023.

                                                                                    _____
                                                                                   Judge Darrin P. Gayles
                                                                                   UNITED STATES DISTRICT JUDGE

Copies Furnished to:
Benjamin H. Brodsky, Esq. bbrodsky@bfwlegal.com
Danya Perry, Esq. *(Pro Hac Vice)* Dperry@danyaperrylaw.com
*Counsel for Defendant*