FILING FEE
PAID $0
In Forma Pauperis No
Angela E. Noble, Clerk

FILED BY MC D.C.
MAY 19 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA - MIAMI

Trump v. Cohen (1:23-cv-21377) SDFL – May 16th, 2023

### Notice of Appeal - filed on behalf of my fellow Americans and Mankind (that includes Federal Judges and their family members.)

Judge Darrin Phillip Gayles and Chief Justice William H. Pryor Jr.,

(Copy to the 11th Circuit. What concerns me the most is that Chief Justice Pryor and the 11th Circuit have known about me and my quest for years and have done absolutely nothing to save our country. Just a review of the Preamble should be enough to motivate them to act, but then again the Supreme Court has ruled that the Preamble is irrelevant, impractical, unenforceable, and unconstitutional. They have ruled that it is not part of the Constitution. The most important word is "posterity." How do you think we are treating our posterity? If you were honest with yourself you would agree that we are murdering them.)

I believe, very strongly, I might add, that we are past the precipice of hell and accelerating when our Federal Judges and their family members need bodyguards, but you believe it is a normal course of events. This is suicidal ideation on your part. It is only going to get worse, and you know that.

I gave you a miracle wrapped in an insane pleading that could have changed the narrative and saved Mankind, but you decided to stay the course. This is called insanity.

I am trying to save your life, the lives of those that you love, our fellow Americans, and Mankind.

Bidem gave a speech this past weekend at Howard University and stoked the fears of young Black people. He stated that white supremacy is the number one terrorist threat to our nation. It was a treasonous and divisive statement. Biden has been in office for over 50 years, thirty-six as a Senator, eight as Vice President (under a Black President) and three as President. My question is this: What the hell have you been doing the last fifty plus years beside stoking fear?

The contentiousness (suicide) between Americans cannot be alleviated unless there is a change in the narrative to what is profoundly important.

I will continue to fight for you.

Godspeed.
Sincerely,
David Andrew Christenson
P.O. Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

PENSACOLA FL  325
16 MAY 2023  PM 1  L



Clerk Angela E. Noble
Federal Court
400 North Miami Avenue
Room 8N09
Miami, Florida 33128-7716

33128-771699