# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 26, 2023



David Andrew Christenson
PO BOX 9063
MIRAMAR BEACH, FL 32550

Appeal Number: 23-11726-Q
Case Style: David Christenson v. Michael D. Cohen
District Court Docket No: 1:23-cv-21377-DPG

## CIVIL DOCKETING NOTICE

The above-referenced case has been docketed in this Court. All documents filed in this appeal must include the Case Style and Appeal Number shown above.

Appellant Requirements
Unless the following requirements have already been satisfied, **within 14 days of the date of this notice the appellant MUST:**

1. Pay to the **District Court** the Filing Fee **OR** File a Motion to Proceed In Forma Pauperis (IFP) in the district court. See FRAP 3(e), FRAP 24.

    *If the filing fee is not paid and a motion to proceed IFP has not been filed in the district court within 14 days of the date of this notice, this appeal will be dismissed without further notice pursuant to 11th Cir. R. 42-1(b).*

    *If the district court has denied the appellant IFP status on appeal, the appellant has 30 days from the date of the district court's order to file an IFP motion in this Court. See FRAP 24(a)(5).*

2. File in this Court **AND** in the district court a Transcript Order Form **OR** file a certificate in this Court stating no transcripts will be ordered. See FRAP 10(b)(1), 11th Cir. R. 10-1. (Not applicable in certain bankruptcy appeals. See FRAP 6(b)).

    *If no transcripts are ordered, appellant's brief is due 40 days after **05/24/2023**, except as otherwise provided by the rules. See 11th Cir. Rules 12-1 and 31-1.*

3. File a Certificate of Interested Persons and Corporate Disclosure Statement (CIP). See 11th Cir. R. 26-1(a)(1).

4. Complete the Web-Based CIP (attorneys only). See 11th Cir. R. 26.1-1(b).

5. File a Civil Appeal Statement (attorneys only). See 11th Cir. R. 33-1(a)(3).

Mediation
If a Civil Appeal Statement is required to be filed and the appeal is fully counseled on all sides, your appeal will be reviewed and considered for mediation. Mediation services are at no cost to the parties. If no Civil Appeal Statement is required or you or any party to the appeal is self-represented or *pro se* then the appeal is not eligible for mediation. See 11th Cir. R. 33-1.

Appellee Requirements
Unless the following requirements have already been satisfied, **within 28 days of the date of this notice, all appellees participating in this appeal MUST:**

1. File a CIP or a notice. See 11th Cir. R. 26.1-1(a)(3).

2. Complete the Web-Based CIP (attorneys only). See 11th Cir. R. 26.1-1(b).

Attorney Participation
All attorneys (except court-appointed attorneys) who wish to participate in this appeal must file an Appearance of Counsel Form within 14 days of the date of this notice. See 11th Cir. R. 46-6(b). Please also see FRAP 46 and the corresponding circuit rules.

All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Obligation to Notify Court of Change of Addresses
Each pro se party and attorney has a continuing obligation to notify this Court of any changes to the party's or attorney's addresses during the pendency of the case. See 11th Cir. R. 25-7.

Additional Information
Rules, forms, and additional information, including a handbook for pro se litigants, can be found at www.ca11.uscourts.gov.

Clerk's Office Phone Numbers
| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

CIVIL - Notice of Docketing

FILING FEE
PAID $0
In Forma Pauperis No
Angela E. Noble, Clerk

FILED BY _MC_ D.C.
MAY 19 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA - MIAMI

Trump v. Cohen (1:23-cv-21377) SDFL – May 16th, 2023

Notice of Appeal - filed on behalf of my fellow Americans and Mankind (that includes Federal Judges and their family members.)

Judge Darrin Phillip Gayles and Chief Justice William H. Pryor Jr.,

(Copy to the 11th Circuit. What concerns me the most is that Chief Justice Pryor and the 11th Circuit have known about me and my quest for years and have done absolutely nothing to save our country. Just a review of the Preamble should be enough to motivate them to act, but then again the Supreme Court has ruled that the Preamble is irrelevant, impractical, unenforceable, and unconstitutional. They have ruled that it is not part of the Constitution. The most important word is "posterity." How do you think we are treating our posterity? If you were honest with yourself you would agree that we are murdering them.)

I believe, very strongly, I might add, that we are past the precipice of hell and accelerating when our Federal Judges and their family members need bodyguards, but you believe it is a normal course of events. This is suicidal ideation on your part. It is only going to get worse, and you know that.

I gave you a miracle wrapped in an insane pleading that could have changed the narrative and saved Mankind, but you decided to stay the course. This is called insanity.

I am trying to save your life, the lives of those that you love, our fellow Americans, and Mankind.

Bidem gave a speech this past weekend at Howard University and stoked the fears of young Black people. He stated that white supremacy is the number one terrorist threat to our nation. It was a treasonous and divisive statement. Biden has been in office for over 50 years, thirty-six as a Senator, eight as Vice President (under a Black President) and three as President. My question is this: What the hell have you been doing the last fifty plus years beside stoking fear?

The contentiousness (suicide) between Americans cannot be alleviated unless there is a change in the narrative to what is profoundly important.

I will continue to fight for you.

Godspeed.
Sincerely,
David Andrew Christenson
P.O. Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;