# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DONALD J. TRUMP,

        *Plaintiff,*

    *v.*

MICHAEL D. COHEN,

        *Defendant.*

Case No. 23-cv-21377-DPG

**PROPOSED SCHEDULING ORDER SETTING
CIVIL TRIAL DATE AND PRETRIAL SCHEDULE**

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **August 26, 2024**. The **Calendar Call** will be held at **9:30 a.m. on Wednesday, August 21, 2024**. A **Status Conference** will be held at **10:00 a.m. on February 12, 2024**. The parties shall adhere to the following schedule:

| | | |
|---|---|---|
| 1. | Exchange of initial disclosures by | **[06/04/2023]** |
| 2. | Joinder of any additional parties and filing of motions to amend the complaint by | **[08/25/2023]** |
| 3. | Written lists containing the names and addresses of all fact witnesses intended to be called at trial by | **[10/06/2023]** |
| 4. | Parties shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **[10/16/2023]** |
| 5. | Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by | **[11/03/2023]** |
| 6. | Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by | **[12/18/2023]** |

7. Fact discovery shall be completed by **[02/14/2024]**

    **[at least five months before Trial date]**

8. Expert discovery shall be completed by **[03/14/2024]**

    **[at least five months before Trial date]**

9. Dispositive motions, including those regarding summary judgment and *Daubert*, shall be filed by **[04/12/2024]**

    **[at least four months before Trial date]**

10. Mediation shall be completed by **[05/24/2024]**

    **[at least three months before Trial date]**

11. All pretrial motions and memoranda of law, including motions *in limine*, shall be filed by **[06/21/2024]**

    **[at least two months before Trial date]**

12. Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by **[07/26/2024]**

    **[at least one month before Trial date]**

13. Electronic versions of documentary exhibits and Certificates of Compliance re Admitted Evidence shall be filed on CM/ECF by **[08/19/2024]**

    **[no later than 48 hours prior to Calendar Call]**

Jointly and Respectfully submitted,

| | | |
|---|---|---|
| /s/ *Alejandro Brito* <br> Alejandro Brito <br> Florida Bar No. 098442 <br> Brito, PLLC <br> 2121 Ponce de Leon Boulevard, Suite 650 <br> Coral Gables, FL 33134 <br> Tel: 305-614-4071 <br> Fax: 305-440-4385 <br> abrito@britopllc.com <br> apiriou@britopllc.com <br><br> *Counsel for Plaintiff Donald J. Trump* | /s/ *Benjamin H. Brodsky* <br> Benjamin H. Brodsky <br> Florida Bar No. 73748 <br> Max A. Eichenblatt <br> Florida Bar No. 1025141 <br> BRODSKY FOTIU-WOJTOWICZ, PLLC <br> 200 SE 1st Street, Suite 400 <br> Miami, FL 33131 <br> Tel: 305-503-5054 <br> Fax: 786-749-7644 <br> bbrodsky@bfwlegal.com <br> max@bfwlegal.com <br> docketing@bfwlegal.com <br><br> *Counsel for Defendant Michael D. Cohen* | /s/ *E. Danya Perry* <br> E. Danya Perry <br> New York Bar No. 2839983 <br> (*pro hac vice*) <br> E. DANYA PERRY PLLC <br> 157 East 86th Street, 4th Fl. <br> New York, NY 10028 <br> Tel: 646-349-7550 <br> Fax: 646-849-9609 <br> dperry@danyaperrylaw.com <br><br> *Counsel for Defendant Michael D. Cohen* |