# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DONALD J. TRUMP,

          *Plaintiff,*

   v.

MICHAEL D. COHEN,

          *Defendant.*

Case No. 23-cv-21377-DPG

**JOINT ELECTION TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY PURPOSES ONLY**

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily elect to have a United States Magistrate Judge decide the following motions and issue a final order or judgment with respect thereto:

1. **Motions to Dismiss**                              Yes \_\_\_\_  No  _X_

2. **Motions for Summary Judgment**         Yes \_\_\_\_  No  _X_

3. **All Pretrial Motions**                           Yes \_\_\_\_  No  _X_

4. **Discovery**                                       Yes  _X_  No \_\_\_\_

5. **Other (***explain below***)**                       Yes \_\_\_\_  No  _X_

*REMAINDER OF PAGE LEFT BLANK*

Jointly and Respectfully submitted,

| | | |
|---|---|---|
| /s/ Alejandro Brito<br>Alejandro Brito<br>Florida Bar No. 098442<br>Brito, PLLC<br>2121 Ponce de Leon Boulevard, Suite 650<br>Coral Gables, FL 33134<br>Tel: 305-614-4071<br>Fax: 305-440-4385<br>abrito@britopllc.com<br>apiriou@britopllc.com<br><br>*Counsel for Plaintiff Donald J. Trump* | /s/ Benjamin H. Brodsky<br>Benjamin H. Brodsky<br>Florida Bar No. 73748<br>Max A. Eichenblatt<br>Florida Bar No. 1025141<br>BRODSKY FOTIU-WOJTOWICZ, PLLC<br>200 SE 1st Street, Suite 400<br>Miami, FL 33131<br>Tel: 305-503-5054<br>Fax: 786-749-7644<br>bbrodsky@bfwlegal.com<br>max@bfwlegal.com<br>docketing@bfwlegal.com<br><br>*Counsel for Defendant Michael D. Cohen* | /s/ E. Danya Perry<br>E. Danya Perry<br>New York Bar No. 2839983<br>(*pro hac vice*)<br>E. DANYA PERRY PLLC<br>157 East 86th Street, 4th Fl.<br>New York, NY 10028<br>Tel: 646-349-7550<br>Fax: 646-849-9609<br>dperry@danyaperrylaw.com<br><br>*Counsel for Defendant Michael D. Cohen* |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on May 30, 2023, on all counsel or parties of record.

By: */s/ Benjamin H. Brodsky*
      Benjamin H. Brodsky, Esq.