UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

PRESIDENT DONALD J. TRUMP,

    Plaintiff,

v.

MICHAEL D. COHEN,

    Defendant.

Case No.: 23-cv-21377-DPG

## **PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**

Plaintiff Donald J. Trump ("Plaintiff"), by and through undersigned counsel and pursuant to the May 9, 2023 Order, hereby submits his Certificate of Interested Parties as follows:

Plaintiff certifies, based on his information and belief, that the following persons and entities may have a financial interest in the outcome of this case:

1. President Donald J. Trump, Plaintiff.

2. Michael D. Cohen, Defendant.

3. Alejandro Brito, Esq., Brito, PLLC, Plaintiff's counsel.

4. Benjamin H. Brodsky, Esq., Brodsky, Fotiu-Wojtowicz, PLLC, Defendant's counsel.

5. Max A. Eichenblatt, Esq., Brodsky, Fotiu-Wojtowicz, PLLC, Defendant's counsel.

6. E. Danya Perry, Esq., E. Danya Perry, PLLC, Defendant's counsel.

Dated: May 30, 2023                                            Respectfully submitted,

**BRITO, PLLC**
*Counsel for Plaintiff*
2121 Ponce de Leon Boulevard
Suite 650
Coral Gables, FL 33134
Office:  305-614-4071
Fax:  305-440-4385

By: /s/ *Alejandro Brito*
**ALEJANDRO BRITO**
Florida Bar No. 098442
Primary: abrito@britopllc.com
Secondary: apiriou@britopllc.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 30, 2023 the foregoing was served via the Court's CM/ECF System upon:

Benjamin H. Brodsky, Esq.
Max Eichenblatt, Esq.
Brodsky, Fotiu-Wojtowicz, PLLC
200 SE 1st Street, Suite 400
Miami, Florida 33131
bbrodsky@bfwlegal.com
max@bfwlegal.com
docketing@bfwlegal.com

*Counsel for Defendant*

E. Danya Perry, Esq. *(Pro Hac Vice)*
E. Danya Perry, PLLC
157 East 86th Street
4th Floor
New York, NY 10028
Dperry@danyaperrylaw.com

*Counsel for Defendant*

By: /s/ *Alejandro Brito*