UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **STATE OF MISSOURI ET AL** | **CASE NO. 3:22-CV-01213** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**ORDER**

On November 21, 2022, a Memorandum Order [Doc. No. 121] was issued by the United States Court of Appeals for the Fifth Circuit. Following the Order, Plaintiffs filed a Consent Motion for Leave to File Supplemental Briefing to Address Fifth Circuit's Nondispositive Order [Doc. No. 125]. Accordingly,

**IT IS ORDERED** that the Motion is **GRANTED**. Plaintiffs shall file a brief on or before Tuesday, November 29, 2022, providing the Court with suitable, alternative sources, besides from those of Dr. Vivek Murthy, Rob Flaherty, and Jen Easterly, for the evidence sought in the proposed depositions. Defendants shall file a response to Plaintiffs' brief by Friday, December 2, 2022. Plaintiffs shall file a reply by Monday, December 5, 2022. The Court will consider these alternatives and issue a ruling addressing such.

**IT IS FURTHER ORDERED** that under the aforementioned briefing schedule, Plaintiffs and Defendants shall brief whether any additional discovery should be paused pending this Court's resolution of Federal Defendants' forthcoming motion to dismiss.

MONROE, LOUISIANA, this 22nd day of November 2022.

_____
Terry A. Doughty
United States District Judge