Trump v. Cohen (1:23-cv-21377) SDFL – May 21st, 2023
Movant David Andrew Christenson - filed on behalf of my fellow Americans and Mankind (that includes Federal Judges and their family members.)

REC'D BY_____ D.C.
MAY 26 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Supplemental Notice of Appeal with Motion for Reconsideration

Judge Darrin Phillip Gayles and Chief Justice William H. Pryor Jr.,

The Court's order was preemptive. Neither party objected, nor was allowed to object. Maybe neither party would have objected.

The Court denied Movant, and thus the American People, a Constitutional Right to file a Motion for Joinder. Movant and the American People have a Constitutional Right to file a Complaint against Cohen and Trump.

Case law is extensive and allows for Motions to Intervene and Motions for Joinder in Civil Cases.

The Constitution via the First Amendment also allows for Intervention and Joinder.

**The 11th Circuit should return this Appeal directly to the court. The Court's Sue Sponte actions are defective.**

Motion to Intervene and Join Precedent

Precedent Cases (A small sample)

Press Enterprise v. Superior Court: **Access to Criminal Proceedings, First Amendment and Common Law guarantee the public's right of access to criminal judicial proceedings.**
Nixon v. Warner Communications: **The courts recognize the public's right to inspect and copy judicial records.**
Washington Post v. Robinson: **The public has an unquestionable right to information regarding alleged prosecutor misconduct. The term is "alleged". There is no doubt the Federal prosecutors have committed criminal acts.**
Leucadia v. Applied Extrusions Technologies: **Access**
Belo Broadcasting v. Clark: **Access**
Globe Newspaper v. Superior: **The right of the public to monitor the government by having access.**
Richmond Newspaper v. Virginia: **Without publicity, all other checks are insufficient.**
Valley Broadcasting v. United States District Court: **Federal Whistleblowers, Military Officers, Journalists, etc. play an indispensable role in gathering and disseminating information to the public.**
Landmark Communications v. Virginia: **To guard against the miscarriage of justice. To stop prosecutor misconduct before, during and after.**
Cox Broadcasting v. Cohn: **My pleadings will guarantee a fair trial.**
Pansy v. Stroudsburg: **Third parties have a right to intervene.**
In re Associated Press 162 F.3d 503, 507 7th Circuit 1998, Grove Fresh Distributors v. EverFresh Juice, Beef Industry Antitrust Litigation 589 F.2d 786, 789 5th Circuit, United States v. Andreas, United States v.

Corbitt, United States v. Chaagra, United States v. Lohman, Marcus v. St. Tammany Parish School Board, United States v. Cleveland, United States v. Davis, United States v. Carolllo and Ford Motor Bronco II MDL

> ➢ Attached: Page 1 -7 of an 89 - page pleading docketed in Manafort v. DOJ, Mueller, and Rosenstein Civ No. 1:18-cv-11 Judge Amy Berman Jackson DC - DOC

Godspeed.

Sincerely,

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

*only p 1-7 Attached*

UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

Movant David Andrew Christenson                Civ. No. 1:18-cv-00011

Paul J. Manafort Jr.                           COMPLAINT FOR DECLARATORY AND
Plaintiff                                      INJUNCTIVE RELIEF

v.                                             **RECEIVED**

United States Department of Justice            JAN 26 2018
Acting Attorney General Rod J. Rosenstein
Special Counsel Robert S. Mueller              Clerk, U.S. District & Bankruptcy
                                               Courts for the District of Columbia

Supplemental Motion to Intervene and Join

Please incorporate the Motion to Intervene filed by Freedom Watch/Larry Klayman on January 23rd, 2018: Case 1:18-cv-00011-ABJ Document 9 Filed 01/23/18 Page 1 of 6. It would be discriminatory, prejudicial and arbitrary to deny me my Constitutional Right to file my original Motion to Intervene and Join and this Supplemental Motion to Intervene and Join. The court has allowed Freedom Watch/Larry Klayman to publicly docket their Motion because Klayman is an attorney. The court is picking and choosing who has Constitutional Rights in a discriminatory, prejudicial and arbitrary process. The Constitution, Federal Law and the Rules of Civil Procedure clearly allow me the right to file these Motions. I have standing and cause. Federal Rules of Civil Procedure (FRCP) Rule 24 governs intervention by additional parties in existing litigation in the federal courts. Refusing to publicly docket my Motions is Tantamount to Treason.

Here is what is most grotesque. Freedom Watch/Larry Klayman's Motion is politically motivated. My Motions are motivated by the oath that I took to protect the Constitution and the American People. Why does the devil get his day in court and me and the American People do not?

The Supreme Court has been censoring me and in turn the American People for years. We are talking about the Genocide of Mankind. I have filed Amicus Briefs with the Supreme Court but the Court refuses to docket them. Please review just the first two pages of an Amicus Brief that I filed in 2012. The Preamble is critical. I beg you to take a moment to read the Preamble as it is very enlightening because it applies to all Federal Judges and all Americans. Censorship has destroyed our country.

This court has started that there are other forums but in fact there are not. Here is a perfect example. Not one media outlet has reported that the United States has an influenza and pneumonia epidemic. The epidemic is 15.5% above the level that is set by the CDC. How many Americans will die from this preventable disease/malady before the Federal Judiciary wakes up? This epidemic was reported by the CDC on January 19th, 2018 for the period that ended December 30th, 2017. Google influenza and pneumonia epidemic and see that there are no news stories.

https://www.cdc.gov/flu/weekly/index.htm
Pneumonia and Influenza (P&I) Mortality Surveillance:

Based on National Center for Health Statistics (NCHS) mortality surveillance data available on January 18, 2018, 8.2% of the deaths occurring during the week ending December 30, 2017 (week 52) were due to P&I. This percentage is above the epidemic threshold of 7.1% for week 52.

Background: Weekly mortality surveillance data include a combination of machine coded and manually coded causes of death collected from death certificates. Percentages of deaths due to P&I are higher among manually coded records than more rapidly available machine coded records. Due to the additional time needed for manual coding, the initially reported P&I percentages may be lower than percentages calculated from final data. Previous longer backlogs in manual coding have been resolved and death records are now coded within 10 days from receipt of a death record by NCHS.

Region and state-specific data are available at http://gis.cdc.gov/grasp/fluview/mortality.html.

I have also attached a copy of the letters that I sent to the Eastern District of Virginia and District of Columbia Special Grand Juries that have been convened by Special Prosecutor Robert Mueller.

Attached is the original Motion to Intervene and Join that I filed on January 6th, 2018.

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE

I hereby certify that on January 24th, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

No. 11-1200 ac

In The

# Supreme Court of the United States

Tash Hepting, et. al., Petitioners,

v.

AT&T Corporation, et. al.
*Respondent.*

On Writ of Certiorari to the United States Court of Appeals for the Ninth Circuit

***AMICUS CURIAE* BRIEF OF DAVID ANDREW CHRISTENSON AND DAVID ANDREW CHRISTENSON ON BEHALF OF THE SUPREME COURT OF THE UNITED STATES OF AMERICA (AS AN INSTITUTION AND THIRD BRANCH OF THE FEDERAL GOVERNMENT), THE FEDERAL JUDICARY, EMPLOYEES AND FAMILY MEMBERS OF THE FEDERAL JUDICARY AND ALL AMERICAN CITIZENS.**

David Andrew Christenson
*Pro Se*
Box 9063
9815 US Highway 98 West
BC 156
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@hotmail.com
"THE RELUCTANT PATRIOT"
*Classified as a terrorist by the Department of Justice*

### PREAMBLE

THE SUPREME COURT MUST ISSUE AN ALL ENCOMPASSING LANDMARK DECISION (9-0). This will serve the Supreme Court, the Justices and all Americans. The landmark decision must be punitive so as to prohibit current and future criminal activity by the Executive Branch.

There is an all-out ideological and criminal war being conducted by the Executive Branch against the Judicial and Legislative branches of our Federal Government as well all Americans. How can and does the Supreme Court's Marshal Service protect the Justices and the Court from these ideological and criminal attacks? Every aspect of the life of a Supreme Court Justice is under attack. There is no escape.

The criminal activity in this case was perpetrated against the Supreme Court, the Justices and all Americans. This is the tip of the iceberg. Since the filing of the original lawsuit, immunity has been granted to those that participated in the willful and intentional criminal activity. Would the Justices really consider approving of immunity for those people that harmed the Supreme Court?

The Supreme Court must regains its' position as the protector of the Constitution and all Americans.

The Executive Branch has isolated the Supreme Court and the end result is that the Court has become a non-entity and irrelevant in judicial matters concerning criminal law, terrorism and war. The Executive Branch uses the pretense of Patriotism as a means to sway the court.

STATEMENT OF FACT: The Supreme Court, the Justices, employees of the Supreme Court and the Federal Judiciary and all of their family members are all under surveillance by the Executive Branch. The United States Congress is under surveillance as well. Agencies within the Executive Branch are spying on each other.

Civil Disobedience is now classified as terrorism.

### PREMISE

This is an Amicus Brief (ac) that supports neither party.

The Amicus Brief is drafted by a Federal Whistleblower who happens to be an officer in the United Sates Air Force. (A "regular' commission places Constitutional Responsibility on an officer weather he is on active duty or not.)

All Americans would and could be a party to this writ. This includes all Supreme Court Justices, employees and families as well as all members of the Federal Judiciary and their family members.

(Special) Grand Jury being used by Special Counsel Robert Mueller         January 16th, 2018
United States District Court for the District of Columbia
United States District Court for the Eastern District of Virginia

Jury Members,

The evidence, Genocide, of criminal conduct by Special Counsel Robert Mueller and his team of prosecutors that you are about to review is unbelievable and yet it is factual, documented and verifiable. You are Mankind's last hope.

The Federal Judiciary, including the Supreme Court, are active participants in the criminal enterprise that will result in the Genocide of Mankind.

My name is David Andrew Christenson (Federal Whistleblower and Military Officer) and I have filed, in accordance with the Constitution and specifically the last sentence of the First Amendment, "and to petition the Government for a redress of grievances" multiple Motions to Intervene in this court as well as other courts on behalf of the American People and that includes you and your family.

Mankind will cease to exist by October 12th, 2050. This is not a prophecy or prediction but a mathematical certainty.

Special Counsel Robert Mueller currently has three criminal cases filed and has one civil case filed against him. The court refuses to publicly docket my Motions and more importantly they have refused to publicly docket my Notices of Appeal. I am fighting to save my country and Mankind and the court has censored me. The Constitution, Federal Law and precedent grant me the right to publicly file such Motions, Notices and Grievances.

Please review the docket for each of the cases.

The prosecutors that are presenting evidence to you are some of the evilest people on this planet. They make Hitler look like a Saint. Your loved ones will pay the ultimate price for the cover up that is taking place. I beg you to save your family, your country and Mankind.

Godspeed.
Sincerely,
David Andrew Christenson
P.O. Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

Movant David Andrew Christenson

Paul J. Manafort Jr.
Plaintiff

v.

United States Department of Justice
Acting Attorney General Rod J. Rosenstein
Special Counsel Robert S. Mueller

Civ. No. 1:18-cv-00011 Plaintiff

COMPLAINT FOR DECLARATORY AND
INJUNCTIVE RELIEF

Motion to Intervene and Join

Movant David Andrew Christenson incorporates Plaintiff Paul J. Manafort's Complaint for Declaratory and Injunctive Relief. Case 1:18-cv-00011 Document 1 Filed 01/03/18 Page 1 of 17

In the interest of Justice and to save judicial resources Movant moves the court to grant his Motion. David Andrew Christenson was preparing a complaint to be filed with the court and has stayed that process until the court rules on this Motion. It seems prudent that only one complaint of this sort be filed.

Movant has standing and cause as well as Constitutional Authority to file this Complaint.

The overriding precedent is that the American People have a Constitutional Right to this incriminating information.

The United States Court of Appeals for the Fifth Circuit docketed the attached pleading/motion which I am incorporating into this Motion (5th Circuit Case: 17-30831 Document: 00514268351 Page: 1 Date Filed: 12/11/2017). Within the pleading are Motions to Intervene that the District Court for the District of Columbia refused to docket. There is now an official court record. Both the DC District Court and the DC Appellate Court refused to docket my Notices of Appeal.

The Constitution, First Amendment, last sentence of the First Amendment ("and to petition the government for a redress of grievances."), Federal Law, Federal Case Law, Precedent, etc. grant me to the right to file this pleading and to **have it entered into the public court record**.

Special Counsel Robert Mueller is poisonous fruit and anything he prosecutes is defective. Robert Mueller has continually abused his authority throughout his career as a US Prosecutor, FBI Director and now as Special Counsel. I have provided to the court factual, documented and verifiable proof of Robert Mueller's criminal conduct as well as that of the Department of Justice.

There is no legal authority to deny the public docketing of this pleading. It would be truly criminal to deny the American people access to this information.

Precedent Cases (A small sample)

Press Enterprise v. Superior Court: **Access to Criminal Proceedings, First Amendment and Common Law guarantee the public's right of access to criminal judicial proceedings.**
Nixon v. Warner Communications: **The courts recognize the public's right to inspect and copy judicial records.**
Washington Post v. Robinson: **The public has an unquestionable right to information regarding alleged prosecutor misconduct. The term is "alleged". There is no doubt the Federal prosecutors have committed criminal acts.**
Leucadia v. Applied Extrusions Technologies: **Access**
Belo Broadcasting v. Clark: **Access**
Globe Newspaper v. Superior: **The right of the public to monitor the government by having access.**
Richmond Newspaper v. Virginia: **Without publicity, all other checks are insufficient.**
Valley Broadcasting v. United States District Court: **Federal Whistleblowers, Military Officers, Journalists, etc. play an indispensable role in gathering and disseminating information to the public.**
Landmark Communications v. Virginia: **To guard against the miscarriage of justice. To stop prosecutor misconduct before, during and after.**
Cox Broadcasting v. Cohn: **My pleadings will guarantee a fair trial.**
Pansy v. Stroudsburg: **Third parties have a right to intervene.**
In re Associated Press 162 F.3d 503, 507 7th Circuit 1998, Grove Fresh Distributors v. EverFresh Juice, Beef Industry Antitrust Litigation 589 F.2d 786, 789 5th Circuit, United States v. Andreas, United States v. Corbitt, United States v. Chaagra, United States v. Lohman, Marcus v. St. Tammany Parish School Board, United States v. Cleveland, United States v. Davis, United States v. Carolllo and Ford Motor Bronco II MDL

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on January 6th, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

PENSACOLA FL 325
22 MAY 2023 PM 1  L



Clerk Angela E. Noble
Federal Court
400 North Miami Avenue
Room 8N09
Miami, Florida 33128-7716

33128-771699

REC'D BY _____ D.C.
MAY 2 6 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI