**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

DONALD J. TRUMP,

*Plaintiff,*                               Case No. 23-cv-21377-DPG

v.

MICHAEL D. COHEN,

*Defendant.*

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME AND**
**LEAVE TO FILE EXCESS PAGES FOR REPLY TO PLAINTIFF'S RESPONSE TO**
**MOTION TO DISMISS**

Defendant Michael D. Cohen ("Defendant"), by and through undersigned counsel, moves

on an unopposed basis for (i) enlargement of the time permitted for a reply under S.D. Fla. Local

Rule 7.1(c)(1); and (ii) leave to exceed the page limitation of S.D. Fla. Local Rule 7.1(c)(2) for his

forthcoming reply to Plaintiff's Response in Opposition to Defendant Michael D. Cohen's Motion

to Dismiss Plaintiff's Complaint ("Plaintiff's Response") [D.E. 26].

Plaintiff's 32-page Complaint raises a host of complex factual and legal issues, which are

discussed in Defendant's Motion to Dismiss [D.E. 11] and Plaintiff's Response. This complexity

required both parties to file motions for leave to exceed the 20-page limit prescribed by S.D. Fla.

Local Rule 7.1(c)(2) in their respective filings. *See* [D.E. 9] and [D.E. 24]. Among the issues raised

in the filings are questions of choice of law, which require the parties to devote time and page-

space to discuss the law of two jurisdictions within each argument.

In order to sufficiently address the arguments made in Plaintiff's 31-page Response,

Defendant requires up to 20-pages and an additional ten days for his reply. Defendant has conferred

1

with Plaintiff's counsel who represents that Plaintiff has no objection to the relief sought in this motion.

WHEREFORE, Defendant respectfully requests that this Court grant him (i) a ten-day enlargement of time to file his reply to Plaintiff's Response, extending the filing deadline from June 12, 2023 to June 22, 2023; and (ii) leave to file a reply to Plaintiff's Response that does not exceed 20 pages.

### LOCAL RULE 7.1(a)(3) CERTIFICATE OF CONFERRAL

The undersigned certifies that he conferred with counsel for the Plaintiff on June 8, 2023 in a good faith effort to resolve the issues raised in this motion. Counsel for the Plaintiff stated that he has no objection to the relief sought herein.

Respectfully submitted,

By: /s/ *Benjamin H. Brodsky*
Benjamin H. Brodsky
Florida Bar No. 73748
Max A. Eichenblatt
Florida Bar No. 1025141
BRODSKY FOTIU-WOJTOWICZ, PLLC
200 SE 1st Street, Suite 400
Miami, Florida 33131
Tel: 305-503-5054
Fax: 786-749-7644
bbrodsky@bfwlegal.com
max@bfwlegal.com
docketing@bfwlegal.com

E. Danya Perry
New York Bar No. 2839983
(admitted *pro hac vice*)
E. DANYA PERRY PLLC
157 East 86th Street, 4th Floor
New York, NY 10028
Tel: 646-349-7550
dperry@danyaperrylaw.com

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this June 9, 2023, a copy of this filing was submitted electronically via the CM/ECF system to all parties that have entered an appearance in this case and on the Court's electronic system.

By: /s/ *Benjamin H. Brodsky*
Benjamin H. Brodsky