## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DONALD J. TRUMP,<br><br>                    *Plaintiff,*<br><br>         v.<br><br>MICHAEL D. COHEN,<br><br>                    *Defendant.* | Case No. 23-cv-21377-DPG |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Lilian M. Timmermann of Perry Law, an attorney duly admitted to practice before this Court, respectfully enters her appearance as counsel on behalf of Defendant Michael D. Cohen in the above-captioned action.

Dated: June 9, 2023

Respectfully submitted,

*/s/ Lilian M. Timmermann*
Lilian M. Timmermann (No.1033260)
PERRY LAW
700 S. Rosemary St., Suite 204
West Palm Beach, FL 33401
Email: ltimmermann@danyaperrylaw.com
Telephone: (646) 357-9953
Facsimile: (646) 849-9609

*Attorney for Defendant Michael D. Cohen*