UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

DONALD J. TRUMP,

       *Plaintiff,*

v.

MICHAEL D. COHEN,

       *Defendant*.

Case No. 23-cv-21377-DPG

## UNOPPOSED MOTION FOR LEAVE TO APPEAR TELEPHONICALLY

Defendant, Michael D. Cohen, by and through undersigned counsel moves on an unopposed basis for leave to allow E. Danya Perry, Esq. and Lilian M. Timmermann, Esq. to appear telephonically on his behalf at the July 20, 2023 discovery hearing in this matter.

1. On June 27, 2023, the Honorable Chief Magistrate Judge Torres entered an order granting Plaintiff's Motion for Hearing and setting a discovery hearing to occur on July 20, 2023 at the United States Courthouse, 99 N.E. Fourth Street, Tenth Floor, Courtroom Five, Miami, Florida.

2. Defendant's counsel Benjamin H. Brodsky, Esq. and Max A. Eichenblatt, Esq. will be physically present at the hearing and taking the lead on presenting argument to the Court. Their co-counsel on behalf of Defendant, E. Danya Perry, Esq. and Lilian M. Timmermann, Esq. are unable to attend in-person and request leave of Court to appear telephonically at the hearing.

3. Defendant has conferred with Plaintiff's counsel and Plaintiff stated no objection to the telephonic appearance.

WHEREFORE, Defendant respectfully requests that the Court enter an Order granting this

Unopposed Motion for Leave to Appear Telephonically and allow E. Danya Perry, Esq. and Lilian M. Timmermann, Esq. to appear via telephone for the upcoming July 20, 2023 discovery hearing in this matter.

Respectfully submitted,

By: /s/ *Benjamin H. Brodsky*
Benjamin H. Brodsky
Florida Bar No. 73748
Max A. Eichenblatt
Florida Bar No. 1025141
BRODSKY FOTIU-WOJTOWICZ, PLLC
200 SE 1st Street, Suite 400
Miami, Florida 33131
Tel: 305-503-5054
Fax: 786-749-7644
bbrodsky@bfwlegal.com
max@bfwlegal.com
docketing@bfwlegal.com

E. Danya Perry
New York Bar No. 2839983
(admitted *pro hac vice*)
E. DANYA PERRY PLLC
157 East 86th Street, 4th Floor
New York, NY 10028
Tel: 646-349-7550
dperry@danyaperrylaw.com
Lilian M. Timmermann
Florida Bar No.1033260
E. DANYA PERRY PLLC
700 S. Rosemary St., Suite 204
West Palm Beach, FL 33401
Tel: (646) 357-9953
Fax: (646) 849-9609
ltimmermann@danyaperrylaw.com

*Counsel for Defendant Michael D. Cohen*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this July 19, 2023, a copy of this filing was submitted electronically via the CM/ECF system to all parties that have entered an appearance in this case and on the Court's electronic system.

By: /s/ *Benjamin H. Brodsky*
Benjamin H. Brodsky