UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

DONALD J. TRUMP,

      *Plaintiff,*

v.

MICHAEL D. COHEN,

      *Defendant*.

Case No. 23-cv-21377-DPG

## UNOPPOSED MOTION FOR LEAVE TO APPEAR TELEPHONICALLY

Defendant Michael D. Cohen, by and through undersigned counsel moves on an unopposed basis for leave to allow E. Danya Perry, Esq. to appear telephonically on his behalf at the September 28, 2023, discovery hearing in this matter.

1. On September 19, 2023, the Honorable Chief Magistrate Judge Torres entered an order granting Plaintiff's Amended Motion for Hearing and setting a discovery hearing to occur on September 28, 2023, at the United States Courthouse, 99 N.E. Fourth Street, Tenth Floor, Courtroom Five, Miami, Florida. [D.E. 66.]

2. Defendant's counsel Lilian M. Timmermann, Esq., Benjamin H. Brodsky, Esq., and Max A. Eichenblatt, Esq. will be physically present at the hearing and presenting argument to the Court. Their co-counsel, E. Danya Perry, Esq., is unable to attend in-person and requests leave of Court to appear telephonically at the hearing. Ms. Perry would not be participating in substantive arguments pursuant to the Court's procedures.

3. Defendant has conferred with Plaintiff's counsel and Plaintiff stated no objection to the telephonic appearance.

WHEREFORE, Defendant respectfully requests that the Court enter an Order granting this

Unopposed Motion for Leave to Appear Telephonically and allow E. Danya Perry, Esq. to appear via telephone for the upcoming September 28, 2023, discovery hearing in this matter.

### CERTIFICATE OF GOOD FAITH CONFERRAL

Pursuant to S.D. Fla. L. R. 7.1(a)(3), undersigned counsel for Defendant certifies that he has conferred with Plaintiff's counsel in a good faith effort to resolve the issues raised herein, and Plaintiff's counsel did not object to the relief sought herein.

Respectfully submitted,

By: /s/ *Max A. Eichenblatt*
Benjamin H. Brodsky
Florida Bar No. 73748
Max A. Eichenblatt
Florida Bar No. 1025141
BRODSKY FOTIU-WOJTOWICZ, PLLC
200 SE 1st Street, Suite 400
Miami, Florida 33131
Tel: 305-503-5054
Fax: 786-749-7644
bbrodsky@bfwlegal.com
docketing@bfwlegal.com

E. Danya Perry
New York Bar No. 2839983
(admitted *pro hac vice*)
E. DANYA PERRY PLLC
157 East 86th Street, 4th Floor
New York, NY 10028
Tel: 646-349-7550
dperry@danyaperrylaw.com

Lilian M. Timmermann
Florida Bar No.1033260
E. DANYA PERRY PLLC
700 S. Rosemary St., Suite 204
West Palm Beach, FL 33401
Tel: (646) 357-9953
Fax: (646) 849-9609
ltimmermann@danyaperrylaw.com

*Counsel for Defendant Michael D. Cohen*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this September 27, 2023, a copy of this filing was submitted electronically via the CM/ECF system to all parties that have entered an appearance in this case and on the Court's electronic system.

By: /s/ *Max A. Eichenblatt*
Max A. Eichenblatt, Esq.