UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

DONALD J. TRUMP,

      *Plaintiff,*

v.

MICHAEL D. COHEN,

      *Defendant.*

Case No. 23-cv-21377-DPG

## CERTIFICATE OF ALEXANDER NOCKS

    I, Alexander Nocks, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certify that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the bar for the State of New York; and (3) I have not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.

    Dated: September 28, 2023

                                      /s/ *Alexander Nocks*
                                      Alexander Nocks