UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

DONALD J. TRUMP,

       *Plaintiff,*

v.

MICHAEL D. COHEN,

       *Defendant*.

Case No. 23-cv-21377-DPG

### DEFENDANT'S MOTION FOR ENTRY OF ORDER ON PLAINTIFF'S REQUEST TO RESCHEDULE HIS DEPOSITION

Defendant Michael D. Cohen, pursuant to this Court's instructions during the September 28, 2023 hearing, hereby moves the Court to enter the attached order reflecting the Court's rulings on Plaintiff's request to reschedule his October 2, 2023 deposition. The Proposed Order on Plaintiff's Request to Reschedule His Deposition is attached hereto as **Exhibit 1**.

Defendant respectfully requests that this Court enter the Proposed Order on Plaintiff's Request to Reschedule His Deposition and grant such other and further relief as this Court deems just.

Respectfully submitted,

By: /s/ *Max A. Eichenblatt*
Benjamin H. Brodsky
Florida Bar No. 73748
Max A. Eichenblatt
Florida Bar No. 1025141
BRODSKY FOTIU-WOJTOWICZ, PLLC
200 SE 1st Street, Suite 400
Miami, Florida 33131
Tel: 305-503-5054
Fax: 786-749-7644
bbrodsky@bfwlegal.com
docketing@bfwlegal.com

> E. Danya Perry
> New York Bar No. 2839983
> (admitted *pro hac vice*)
> E. DANYA PERRY PLLC
> 157 East 86th Street, 4th Floor
> New York, NY 10028
> Tel: 646-349-7550
> dperry@danyaperrylaw.com
>
> Lilian M. Timmermann
> Florida Bar No.1033260
> E. DANYA PERRY PLLC
> 700 S. Rosemary St., Suite 204
> West Palm Beach, FL 33401
> Tel: (646) 357-9953
> Fax: (646) 849-9609
> ltimmermann@danyaperrylaw.com
>
> *Counsel for Defendant Michael D. Cohen*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this September 29, 2023, a copy of this filing was submitted electronically via the CM/ECF system to all parties that have entered an appearance in this case and on the Court's electronic system.

> By: /s/ *Max A. Eichenblatt*

Max A. Eichenblatt