**Alejandro Brito**

| | |
|---|---|
| **From:** | Alejandro Brito |
| **Sent:** | Friday, September 29, 2023 11:03 AM |
| **To:** | Danya Perry |
| **Cc:** | Benjamin Brodsky; Lilian Timmermann; Aude Piriou |
| **Subject:** | RE: Deposition |

Scheduling conflict. No one told me that 10/9 was the preferred date until now. Indeed, I was initially told that the date was not available.

If 10/8 does not work for you, I am offering 10/15 again if that helps

Alejandro Brito



2121 Ponce de Leon Boulevard
Suite 650
Coral Gables, FL 33134
305.614.4071 (office)
305.772.7474 (cell)
www.britopllc.com

[INFO] -- Content Manager:
This message contains information which may be confidential and/or privileged. Unless you are the intended addressee (or authorized to receive this message for the addressee), you may not use, copy, or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail (send to abrito@britopllc.com), and delete the message. Thank you very much.

**From:** Danya Perry <dperry@danyaperrylaw.com>
**Sent:** Friday, September 29, 2023 10:31 AM
**To:** Alejandro Brito <abrito@britopllc.com>
**Cc:** Benjamin Brodsky <bbrodsky@bfwlegal.com>; Lilian Timmermann <ltimmermann@danyaperrylaw.com>; Aude Piriou <apiriou@britopllc.com>
**Subject:** Re: Deposition

I am asking why not. It is much better for me, and we are the ones making an accommodation for your client.

On Sep 29, 2023, at 10:19 AM, Alejandro Brito <abrito@britopllc.com> wrote:

1

**EXHIBIT A**

At the hearing, it was initially represented to me and the Court that October 8 was the date. That is what I stated to my client when asked to confer about scheduling during the hearing. After conferring with my client, I was then told by Ben that October 9 was a possibility from your end. As I stated to the Court at that time, I had not discussed October 9 as an option with my client because I initially was told that Ben was not available on October 9. I stated that I would ask but did not know if that date was available.

I have since confirmed that October 9 is not available.

Alejandro Brito



2121 Ponce de Leon Boulevard
Suite 650
Coral Gables, FL 33134
305.614.4071 (office)
305.772.7474 (cell)
www.britopllc.com

[INFO] -- Content Manager:
This message contains information which may be confidential and/or privileged. Unless you are the intended addressee (or authorized to receive this message for the addressee), you may not use, copy, or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail (send to abrito@britopllc.com), and delete the message. Thank you very much.

**From:** Danya Perry <dperry@danyaperrylaw.com>
**Sent:** Friday, September 29, 2023 10:08 AM
**To:** Alejandro Brito <abrito@britopllc.com>
**Cc:** Benjamin Brodsky <bbrodsky@bfwlegal.com>; Lilian Timmermann <ltimmermann@danyaperrylaw.com>; Aude Piriou <apiriou@britopllc.com>
**Subject:** Re: Deposition

Why is Oct 9 "not an option"?


> On Sep 29, 2023, at 9:08 AM, Alejandro Brito <abrito@britopllc.com> wrote:
>
> Good morning. Where do we stand on location so that I can inquire on my end?

October 9 is not an option. So I believe the issue is simply whether we all agree to Palm Beach of NY.

Please let me know.

Alejandro Brito



2121 Ponce de Leon Boulevard
Suite 650
Coral Gables, FL 33134
305.614.4071 (office)
305.772.7474 (cell)
www.britopllc.com

[INFO] -- Content Manager:
This message contains information which may be confidential and/or privileged.  Unless you are the intended addressee (or authorized to receive this message for the addressee), you may not use, copy, or disclose to anyone the message or any information contained in the message.  If you have received the message in error, please advise the sender by reply e-mail (send to abrito@britopllc.com), and delete the message. Thank you very much.