# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# Miami Division

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL D. COHEN, <br><br> Defendant. | Case No.: 23-cv-21377-DPG |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, President Donald J. Trump, by and through undersigned counsel, hereby gives notice that pursuant to Rule 41(1)(A)(i) he is voluntarily dismissing this action without prejudice.

Date:  October 5, 2023

Respectfully submitted,

**BRITO, PLLC**
*Counsel for Plaintiff*
2121 Ponce de Leon Boulevard
Suite 650
Coral Gables, FL 33134
Office:  305-614-4071
Fax:  305-440-4385

By: /s/ *Alejandro Brito*
**ALEJANDRO BRITO**
Florida Bar No. 098442
Primary email: abrito@britopllc.com
Secondary email: apiriou@britopllc.com

1

## CERTIFICATE OF SERVICE

   **I HEREBY CERTIFY** that on October 5, 2023 the foregoing was served via the Court's CM/ECF System upon:

Benjamin H. Brodsky, Esq.
Max Eichenblatt, Esq.
Brodsky, Fotiu-Wojtowicz, PLLC
200 SE 1st Street, Suite 400
Miami, Florida 33131
bbrodsky@bfwlegal.com
max@bfwlegal.com
docketing@bfwlegal.com

*Counsel for Defendant*

Danya Perry, Esq. *(Pro Hac Vice)*
E. Danya Perry, PLLC
157 East 86th Street
4th Floor
New York, NY 10028
Dperry@danyaperrylaw.com

*Counsel for Defendant*

              By: /s/ *Alejandro Brito*